## SARAH LANIER v. FLORIDA LOUISIANA RED CYPRESS COMPANY, a corporation.

12 So. (2nd) 117             January Term, 1943
February 26, 1943                 Special Division A

*H. M. Wise,* for plaintiff.

*Marks, Marks, Holt, Gray & Yates, for* defendant.

PER CURIAM:

This is a certificate from the Circuit Court of Duval County under Rule 38 of the Rules of this Court. We do not think the questions certified are within the scope of that rule so the certificate must be and is hereby denied on authority of Schwob v. Florida Industrial Commission, decided August 4, 1942, not yet reported, wherein we attempted to define the scope of Rule 38.

It is so ordered.

BUFORD, C. J., TERRELL, BROWN and ADAMS, JJ., concur.

CHAPMAN, J., disqualified.